UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel H. Ober,<br><br>Plaintiff,<br><br>vs.<br><br>North Clinic, P.A., a Minnesota Professional association,<br><br>Defendant. | Court File No. 00-CV-2143 DSD/JMM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Daniel H. Ober through his undersigned counsel, and North Clinic, P.A. through its undersigned counsel, that the above-entitled action, having been fully, finally and completely compromised and settled between the parties, may be and hereby is dismissed with prejudice, without costs or disbursements to any party, and that any party may apply to the Court pursuant to this Stipulation for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: May 31, 2001

PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.

Joseph M. Sokolowski (#178366)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
Telephone: (612) 333-2111

ATTORNEYS FOR PLAINTIFF
DANIEL OBER

FILED 6-1-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 6-1-01
Deputy Clerk's Initials

Dated: May ___, 2001

FREDRIKSON & BYRON, P.A.

Paul L. Landry (#156759)
Robin L. Preble (#271901)
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7000

ATTORNEYS FOR DEFENDANT
NORTH CLINIC, P.A.

**ORDER**

Pursuant to the foregoing Stipulation, all claims in the above-referenced action may be, and hereby are, dismissed with prejudice and without taxation of costs to any party. There being no just reason for delay, judgment shall be entered accordingly.

BY THE COURT:

Dated: May 31, 2001

Judge of United States District Court

**JUDGMENT**

I hereby certify that the Order of Dismissal contained this document shall constitute the Judgment of the Court.

Dated: 6-1-01

Deputy Clerk

::ODMA\PCDOCS\FBDOCS1\2520830\1